U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 FEB -1 PM 2: 51

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

IN RE: )
NONJUDICIAL CIVIL FORFEITURE ) Misc. No.: 5:22-mc-12
PROCEEDING )
)
)

### ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through April 4, 2022, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the United States Drug Enforcement Agency ("DEA") initiated nonjudicial civil forfeiture proceedings and to which Tatyana Moriarty asserted an interest, to wit, $10,925.00, more or less, in United States currency that the DEA seized from Moriarty on May 1, 2020 (the "Subject Property"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), the DEA provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about November 5, 2021, the DEA received from Tatyana Moriarty a claim in which she asserted an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Moriarty has advised the United States that she intends to provide the United States with additional documents supporting her claim in an effort to potentially resolve this matter without the need for litigation; and

5. Moriarty has neither consented nor objected to the requested relief; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, for good cause shown or upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

The Court finds that the United States has shown good cause for the requested relief; and

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through April 4, 2022.

Dated at Burlington, in the District of Vermont, this 1st day of February, 2022.

Geoffrey W. Crawford, Chief Judge
U.S. District Court